# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 416
:
APPOINTMENT TO MINOR JUDICIARY : MAGISTERIAL RULES DOCKET
EDUCATION BOARD :

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of June, 2017, Gary S. Scheimer,* Allegheny County, is hereby designated as a member of the Minor Judiciary Education Board for a term of three years, commencing July 1, 2017.

*Lay elector